IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CAIN GIBSON,<br><br>Defendant. | CR 20-90-BLG-SPW<br><br>ORDER |

President Joe Biden has signed the Juneteenth National Independence Day Act, establishing June 19 as a federal holiday. Federal employees will have Friday, June 18, 2021 off for observance. Therefore, upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the change of plea hearing set for June 18, 2021 at 10:30 a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the change of plea hearing is reset for **Wednesday, June 23, 2021 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty. The time between April 29, 2021 and June 23, 2021 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 17th day of June, 2021.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE